for failure to prosecute in accordance with the rules.

**Tanya OLLERVIDES, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 04–3331.

United States Court of Appeals, Federal Circuit.

July 21, 2004.

Glenn D. Levy, Law Offices, San Antonio, TX, for Petitioner.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Marjorie G. THOMAS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 04–3335.

United States Court of Appeals, Federal Circuit.

July 21, 2004.

Marjorie G. Thomas, Havelock, NC, for Petitioner.

Michael S. Dufault, Mark A. Melnick, David M. Cohen, Washington, DC, for Respondent.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

